LONAS ET AL., APPELLANTS, *v.* KAIL, APPELLEE.

**[Cite as *Lonas v. Kail* (2001), 91 Ohio St.3d 1201.]**

(No. 00–448—Submitted December 12, 2000—Decided January 31, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent and would, instead, affirm the judgment of the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.

*Steven G. Thomakos,* for appellants.

*Tate & Renner* and *Richard R. Renner,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, urging affirmance for *amicus curiae,* Industrial Commission of Ohio.